UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                                                      Criminal No. 08-199 (JNE/RLE)
                                                                      ORDER

Clinton James Donnell,

    Defendant.

In a Report and Recommendation dated July 21, 2008, the Honorable Raymond L. Erickson, Chief United States Magistrate Judge, recommended that Defendant's Motion to Suppress Evidence Obtained Pursuant to Search and Seizure be denied and that Defendant's Motion to Suppress Statement be denied.  Defendant objected to the Report and Recommendation, and the government responded.  The Court has conducted a de novo review of the record.  *See* D. Minn. LR 72.2(b).  Based on that review, the Court adopts the Report and Recommendation.  Therefore, IT IS ORDERED THAT:

    1.    Defendant's Motion to Suppress Evidence Obtained Pursuant to Search and Seizure [Docket No. 26] is DENIED.

    2.    Defendant's Motion to Suppress Statement [Docket No. 27] is DENIED.

Dated:  September 11, 2008

                                                                                                          s/ Joan N. Ericksen
                                                                                                          JOAN N. ERICKSEN
                                                                                                          United States District Judge